

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00095-CR

Jesus **PADILLA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 394254
Honorable Wayne A. Christian, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED and a judgment acquitting Appellant Jesus Padilla of unlawful use of a criminal instrument is RENDERED.

SIGNED June 17, 2015.

_____
Patricia O. Alvarez, Justice